UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────

MONICA S. MOSHENKO,

                              Plaintiff,

                                                                         ORDER
            v.                                                          07-CV-116A

STATE UNIVERSITY OF NEW YORK
AT BUFFALO, DR. ALAN RABIDEAU,
ANA DR. JOSEPH ATKINSON,

                              Defendants.

───────────────────────────────

        The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On November 2, 2007, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that defendants' motion to dismiss plaintiff's amended complaint be denied and that plaintiff's cross-motion to amend the "wherefore clause" of her amended complaint also be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendants' motion to dismiss plaintiff's amended complaint is denied and plaintiff's cross-motion to amend the "wherefore clause" of her amended complaint is also denied.

        The case is referred back to Magistrate Judge McCarthy for further proceedings.

SO ORDERED.

                                            s/ *Richard J. Arcara*
                                            HONORABLE RICHARD J. ARCARA
                                            CHIEF JUDGE
                                            UNITED STATES DISTRICT COURT

DATED: November 26, 2007